**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

| | |
|---|---|
| **MARILYN BOOKER**, individually, and on behalf of similarly situated Black female employees, | : <br> : <br> : Civil Action No.: 20-cv-02662 <br> Plaintiff,      :   (KAM)(LB) <br> : <br> v.      : <br> : **AFFIDAVIT OF SERVICE** <br> **MORGAN STANLEY & CO. LLC**, **JAMES GORMAN,** in his individual and professional capacities, and **BARRY KROUK,** in his individual and professional capacities,      : <br> Defendants.      : |

-----------------------------------------------------------------X

I, Jeanne M. Christensen, hereby certify as follows:

    1.    I am a partner at Wigdor LLP and am counsel of record for the Plaintiff in this matter.

    2.    I hereby certify that on **September 9, 2020**, I served a copy of the Complaint and summons in this action on Grace Speights, Esq. of Morgan, Lewis & Bockius LLP, on counsel for Defendants Morgan Stanley & Co. LLC, James Gorman and Barry Krouk, via email.

    3.    Ms. Speights acknowledged receipt of service of the summons and Complaint on behalf of the Defendants in this action later that day.

Dated:  September 25, 2020
          New York, New York

                                                                                   _____
                                                                               Jeanne M. Christensen