# Morgan Lewis

**Krissy A. Katzenstein**
Partner
+1.202.739.5651
krissy.katzenstein@morganlewis.com

November 3, 2020

**VIA ECF**

Hon. Kiyo A. Matsumoto, District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201

Re:   *Marilyn Booker v. Morgan Stanley & Co. LLC, et al.*, No. 1:20-cv-02662-KAM-LB

Dear Judge Matsumoto:

We represent Defendants Morgan Stanley & Co. LLC, James Gorman, and Barry Krouk ("Defendants") in the above-referenced matter.  We write pursuant to Rule II.E. of Your Honor's Chambers Practices to respectfully request an adjournment of the pre-motion conference in anticipation of Defendants' Motion to Dismiss the Collective Action Complaint currently scheduled for Thursday, November 12, 2020 at 11:00 a.m., because Defendants' counsel is not available on that date due to a scheduling conflict.  This is Defendants' first request for an adjournment and this request does not affect any other scheduled dates in this matter.  Plaintiff's counsel consents to Defendants' counsel's request.  The parties conferred and are currently available on November 19, November 23 (before noon), and November 24 for the pre-motion conference, to the extent that these dates are also convenient for Your Honor.

We thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Krissy A. Katzenstein*
Krissy A. Katzenstein

c: All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, NW
Washington, DC 20004          +1.202.739.3000
United States                  +1.202.739.3001