

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

March 19, 2021

<u>**VIA ECF**</u>

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Booker v. Morgan Stanley & Co., LLC, *et al*.</u>; Case No.: 20-cv-2662(KAM)(LB)

Dear Judge Matsumoto:

We represent Plaintiff Marilyn Booker in the above-referenced matter. Pursuant to Your Honor's March 15, 2021 Docket Text Order, we write to respectfully notify the Court that Plaintiff has no objection to Defendants' request for oral arguments regarding Defendants' partial motion to dismiss (Dkt. No. 25).

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Jeanne Christensen*

Jeanne M. Christensen