UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARILYN BOOKER, individually, and on behalf of similarly situated Black female employees,<br><br>Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO. LLC, JAMES GORMAN, in his individual and professional capacities, and BARRY KROUK, in his individual and professional capacities,<br><br>Defendants. | Civil Action No. 1:20-cv-02662-KAM-LB |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marilyn Booker and Defendants Morgan Stanley & Co. LLC, James Gorman, and Barry Krouk, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of Booker's claims in the instant action, with each party to bear its own costs and attorneys' fees.

**STIPULATED AND AGREED**

| WIGDOR LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Jeanne-Marie Bates Christensen | Grace E. Speights (*pro hac vice*) |
| Tanvir Haque Rahman | 1111 Pennsylvania Avenue, NW |
| 85 Fifth Avenue, 5th Floor | Washington, D.C. 20004-2541 |
| New York, NY 10003 | Tel: 1.202.739.5189 |
| Tel: 1.212.257.6835 | Email: grace.speights@morganlewis.com |
| Email: jchristensen@wigdorlaw.com | |
| Email: trahman@wigdorlaw.com | Michael S. Burkhardt |
| | 1701 Market Street |
| *Attorneys for Plaintiff* | Philadelphia, PA 19103-2921 |
| | Tel: 1.215.963.5130 |
| Dated:  May 21   , 2021 | Email: michael.burkhardt@morganlewis.com |
| | |
| | Nicole M. Zito |
| | 101 Park Avenue |

1

DocuSign Envelope ID: AEF6DA56-2E7B-4DFC-AAC3-99C31440ACE9

New York, NY 10178-0060
Tel: 1.212.309.6707
Email: nicole.zito@morganlewis.com

*Attorneys for Defendants*

Dated: __May 21__, 2021